UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CRIMINAL ACTION NO. 1:08CR-00052-TBR-(3)

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

VS.

STORMIE ABNEY                                                                                                    DEFENDANT

**ORDER**

This case was called in open court on January 13, 2009, for the purposes of arraignment and detention hearing.  The Defendant, Stormie Abney, was present, in custody, and represented by Assistant Federal Defender Laura Wyrosdick on behalf of Federal Defender Scott Wendelsdorf.  Assistant United States Attorney David Weiser was present on behalf of AUSA Jo Lawless for the United States of America. These proceedings were recorded electronically.

As to the matter of arraignment, the Defendant, by counsel, acknowledged her identity, acknowledged that she had received a copy of the Superseding Indictment, including the Penalties Page, and acknowledged that she understood the nature of the charges against her and the penalties attached thereto.

Thereupon, by counsel, formality of arraignment was waived, and a plea of **NOT GUILTY** was entered to the charges in which she is named in the Seven-Count Superseding Indictment.

**IT IS ORDERED** that a further proceedings hearing shall be conducted telephonically before Chief Judge Thomas B. Russell on **February 10, 2009, commencing at 8:45 a.m., C.S.T.**  The call will be initiated by the Court.

Counsel for the United States advised the Court that the United States does continue to seek detention in this matter.  Counsel for the Defendant presented evidence through the testimony of Tommy Abney and Tina Laverack in support of Defendant's release.  Counsel for the Defendant argued there are conditions that can be placed upon the Defendant to assure her appearance and the safety of the community.

The Court having heard the evidence, having heard arguments of counsel, having reviewed the Pretrial Services Report and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** the Defendant shall be released on a $25,000.00 unsecured Appearance Bond along with Order Setting Conditions of Release pending the trial of this action.  The Defendant shall remain in the custody of the United States Marshal Service pending a land-based telephone being installed at her home.  Once Pretrial Services has been advised a land-based telephone has been installed and the officer completes a home visit, the United States Marshal Service shall transport the Defendant to the United States District Court Clerk's Office for execution of her Appearance Bond and the Defendant shall be released at that time.

ENTERED this

Copies to:   Counsel of Record
US Marshal
US Probation
Ms. Kelly Harris, Case Manager

0|30