UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**VS.**                        **CRIMINAL ACTION NO. 1:08CR-52-R**

**STORMIE ABNEY**                                       **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

       This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Jo E. Lawless, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter.  The Defendant, Strormie Abney, by consent and with Scott Wendelsdorf, Federal Defender, appointed counsel, appeared in open court on December 3, 2009, and entered pleas of guilty as to Counts 1,2,3,4 and 6 of the Superseding Indictment pursuant to a Rule 11(c)(1)(B) plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1,2,3,4, and 6 of the Superseding Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to Counts 1,2,3,4 and 6 in the Superseding Indictment and have sentence imposed accordingly.

Sentencing is hereby scheduled for **March 1, 2010 at 11:45 a.m. C.S.T. in Bowling Green, Kentucky,** before the Honorable Thomas B. Russell, Chief Judge United States District Court .

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall **remains** on the same term and conditions of her previous bond with the amendment that home detention is removed from her conditions and the Court will impose a curfew.

**Curfew.** You are restricted to your residence every day from 6:00 p.m. to 6:00 a.m., except with prior approval from the supervising officer. The defendant may attend AA meetings and school functions for her children. The defendant's travel is restricted to Warren County, Kentucky without prior approval of the supervising officer.

Date: December 3, 2009

Dave Whalin, Magistrate Judge
United States District Court

December 4, 2009

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

35